UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUKE DESTIN,

        PLAINTIFF,                                        *Case No. 1:25-cv-01933-LAP-SLC*

    V.

CARR BETTIS,

        DEFENDANT.

---

## MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE

PLEASE TAKE NOTICE that the Plaintiff, by his attorney, Richard N. Freeth, pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby moves for voluntary dismissal of this action, without prejudice, and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       July 23, 2025

                                                        */s/ Richard Freeth*

                                                        Richard N. Freeth, Esq.
                                                        Omnus Law
                                                        136 Madison Avenue
                                                        5th & 6th Floors
                                                        New York, NY 10016
                                                        richardfreeth@omnuslaw.com
                                                        Phone: (212) 516-1445

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

*/s/ Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.

9/16/25